```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22192
    KAREN TOWNSEND-GRAYER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-0011
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/27/07 and confirmed on 03/21/08.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $   7600.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 8623.13 | .00 | 4159.20 |
| ECMC | UNSECURED | 20335.94 | .00 | .00 |
| AMERICAS FINANCIAL LENDE | UNSECURED | 7407.23 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2416.08 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 946.89 | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF CAROL STREAM | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CREDIT SOLUTION IN | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 1225.40 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 993.52 | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 2219.84 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 1242.55 | .00 | .00 |
| NORTHSTAR CREDIT UNION | UNSECURED | 2510.17 | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| QUICKCLICK LOANS LLC | UNSECURED | 2565.68 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SEVENTH AVENUE | UNSECURED | 706.20 | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 1296.39 | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| KUBIESA SPIROFF GOSSELAR | UNSECURED | 300.00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 902.00 | .00 | .00 |

```
WELLS FARGO FINANCIAL AC SECURED VEHIC            .00              .00             .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00      8623.13     45067.89          .00      53691.02
PRINCIPAL PAID          .00      4159.20          .00          .00       4159.20
INTEREST PAID           .00           .00         .00          .00            .00
TOTAL PAID              .00      4159.20          .00          .00       4159.20
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    500.00  direct and $   3000.00  through the plan.

The Trustee received $    440.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/20/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 22192 KAREN TOWNSEND-GRAYER